**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ROBINSON GONZALO OROZCO-GOMEZ,** | § § § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00732-DB** |
| **v.** | § | |
| | § | |
| **SECRETARY KRISTI NOEM**, *U.S. Department of Homeland Security, et al.,* | § § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the above-captioned case. On March 30, 2026, Petitioner

filed an "Advisory to the Court," ECF No. 6. Therein, Petitioner advises the Court:

1. On March 25, 2025, Immigration Judge Stephen Ruhle held a bond hearing in which Petitioner was granted a bond in the amount of $2,500.00 with no other conditions. *See* ECF 5-1.
2. Petitioner posted the $2,500.00 on March 27, 2026.
3. Petitioner was released from custody upon posting a $2,500.00 bond.
4. Respondents released him from custody but placed an ankle monitor.

*Id.* at 1. The Court further notes the Immigration Judge's order granting a $2,500 bond does not

contain any provision for additional conditions. *See* ECF No. 5-1 at 1. Pending any superseding

appeal or immigration judge's order, the conditions imposed by the Immigration Judge in his

March 25, 2026, order are the only ones lawfully imposed.

Petitioner's case, as alleged, is materially indistinguishable from other cases in which this

Court has determined ICE's imposition of additional conditions of release that are not imposed in

an Immigration Judge's order is unlawful. *See Rodriguez Muniz v. Noem*, No. EP-25-CV-00671-

DB, (W.D. Tex. March 6, 2026). As such, any motion filed by Petitioner on this issue will likely

be granted. In addressing the Court in opposition to any prospective motion filed by Petitioner,

Respondents should avoid boilerplate arguments this Court has already rejected. Absent any new

authority, Respondents can safely assume the Court's position on the law has not changed and explain why the facts of Petitioner's case warrant a different outcome.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner **SHALL FILE** any motions on this issue **no later than April 3, 2026.**

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response **no later than April 8, 2026.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than April 10, 2026.**

**SIGNED** this **31st** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**